IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **21-cr-77-WJM**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ANDY RICARDO ALVAREZ-GONZALEZ
     a/k/a Andy Gonzalez-Alvarez
     a/k/a Andy Alvarez
     a/k/a Andy Gonzalez
     a/k/a Andy Richard Alveraz-Gonzalez
     a/k/a Silent

     Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

On or about February 14, 2021, in the State and District of Colorado, the defendant, ANDY ALVAREZ-GONZALEZ, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about February 14, 2021, in the State and District of Colorado, the defendant, ANDY ALVAREZ-GONZALEZ, knowing he was an alien illegally or

unlawfully in the United States, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5).

## COUNT 3

On or about January 13, 2020, in the State and District of Colorado, the defendant, ANDY ALVAREZ-GONZALEZ, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about December 22, 2018 and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY FOR COUNT 3

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(2) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for an aggravated felony offense.

## Forfeiture Allegation

1.      The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violations alleged in Counts 1 and 2 of this Indictment involving violations of 18 U.S.C. § 922(g), defendant,

ANDY ALVAREZ-GONZALEZ

shall forfeit to the United States pursuant to Title 18, United States Code, Section

924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition

involved in the commission of the offense, including but not limited to the following:

      a)      Kahr model CW9, 9mm, semi-automatic pistol with serial

               number YB8062, seized on February 14, 2021;

      b)      One 9mm cartridge casing with headstamp marked "FC" and

               "9MM LUGER".

3.      If any of the property described in paragraphs [a] through [b] above, as a

result of any act or omission of the defendant:

      a)      cannot be located upon the exercise of due diligence;
      b)      has been transferred or sold to, or deposited with, a third
               party;
      c)      has been placed beyond the jurisdiction of the Court;
      d)      has been substantially diminished in value; or
      e)      has been commingled with other property which
               cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable

property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

s/Dorothy DiPascali
Dorothy DiPascali
Special Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail:   dorothy.dipascali@usdoj.gov

4