| | |
|---|---|
| <u>DEFENDANT</u>: | ANDY RICARDO ALVAREZ-GONZALEZ<br>  a/k/a Andy Gonzalez-Alvarez<br>  a/k/a Andy Alvarez<br>  a/k/a Andy Gonzalez<br>  a/k/a Andy Richard Alveraz-Gonzalez<br>  a/k/a Silent |
| <u>AGE</u>: | **1992** |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_X\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | \_\_ Yes   \_\_ No |
| If No, a new warrant is required | |
| <u>OFFENSE(S)</u>: | <u>Count 1</u>:  Felon in possession of a firearm, 18 U.S.C. § 922(g)(1)<br><u>Count 2</u>:  Illegal alien in possession of a firearm, 18 U.S.C. § 922(g)(5)<br><u>Count 3</u>:  Illegal Re-entry After Deportation, 8 U.S.C. § 1326(a), (b)(2) |
| <u>LOCATION OF OFFENSE</u>: | Denver County, Colorado |
| <u>PENALTY</u>: | <u>Counts 1 and 2</u>: NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 special assessment fee<br><u>Count 3</u>:<br>- If the enhanced penalty does not apply, NMT 2 years imprisonment, NMT $250,000 fine or both; NMT 1 year supervised release; $100 Special Assessment fee.<br>- If the enhanced penalty under (b)(1) applies, NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment fee.<br>- If the enhanced penalty under (b)(2) applies, NMT 20 years imprisonment; NMT $250,000 or both; NMT 3 years supervised release; $100 Special Assessment fee. |
| <u>AGENT</u>: | Ben Bentancurd<br>Special Agent, HSI |
| <u>AUTHORIZED BY</u>: | Dorothy DiPascali<br>Special Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 X   five days or less; \_\_\_ over five days

<u>THE GOVERNMENT</u>

X\_\_  will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and (2)
The statutory presumption of detention is not applicable to this defendant.