AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANDY RICARDO ALVAREZ-GONZALEZ | ) | Case No.   21-cr-77-WJM |
| a/k/a Andy Gonzalez-Alvarez | ) | |
| a/k/a Andy Alvarez | ) | |
| a/k/a Andy Gonzalez | ) | |
| a/k/a Andy Richard Alveraz-Gonzalez | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANDY RICARDO ALVAREZ-GONZALEZ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Felon in Possession of a Firearm and Ammunition – 18 U.S.C. 922(g)(1)
Count 2: Illegal Alien in Possession of a Firearm and Ammunition – 18 U.S.C. § 922(g)(5)
Count 3: Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction– 8 U.S.C. § 1326(a), (b)(2)

Date:      03/17/2021                                    s/ A. Garcia Garcia - Deputy Clerk

*Issuing officer's signature*

City and state:      Denver, Colorado                        Jeffrey P. Colwell - Clerk of Court

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                         |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   ANDY RICARDO ALVAREZ-GONZALEZ

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                    Weight:

Sex:                                        Race:

Hair:                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: