IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00077-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANDY RICARDO ALAVAREZ-GONZALEZ,
        a/k/a Andy Gonzalez-Alvarez,
        a/k/a Andy Alvarez,
        a/k/a Andy Gonzalez,
        a/k/a Andy Richard Alveraz-Gonzalez,
        a/k/a Silent,

        Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        *s/ David Kraut*
        DAVID KRAUT
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:    (303) 294-7002
        FAX:           (303) 294-1192
        Email:         David_Kraut@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

  I hereby certify that on March 20, 2021, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

  Dorothy R. DiPascali, Assistant United States Attorney
  E-mail: dorothy.dipascali@usdoj.gov

  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Andy Ricardo Alavarez-Gonzalez (via U.S. mail)

        *s/ David Kraut*
        DAVID KRAUT
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Email: David_Kraut@fd.org
        Attorney for Defendant