AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 MAR 19 PH 1:46

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ANDY RICARDO ALVAREZ-GONZALEZ | ) | Case No.   21-cr-77-WJM |
| a/k/a Andy Gonzalez-Alvarez | ) | |
| a/k/a Andy Alvarez | ) | |
| a/k/a Andy Gonzalez | ) | |
| a/k/a Andy Richard Alveraz-Gonzalez | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANDY RICARDO ALVAREZ-GONZALEZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Felon in Possession of a Firearm and Ammunition – 18 U.S.C. 922(g)(1)
Count 2: Illegal Alien in Possession of a Firearm and Ammunition – 18 U.S.C. § 922(g)(5)
Count 3: Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction– 8 U.S.C. § 1326(a), (b)(2)

Date:      03/17/2021

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state:      Denver, Colorado

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*  3·18·2021 , and the person was arrested on *(date)*  3·19·2021
at *(city and state)*  Centennial, Colorado .

Date:  March 19, '21

_____
*Arresting officer's signature*

R. Ramirez, DO
*Printed name and title*