# facebook

Log In



# Andres Gonzalez

**Friends** 2195          **Photos**          **Videos**

---

## Others Named Andres Gonzalez

 **Camilo Andres Gonzalez Zamora**

See More

## Others With a Similar Name

 **Carlos Andrés Garcia Araujo**
Carlos Andrés García Araújo

Privacy · Terms · Advertising · Ad Choices  · Cookies · More · Facebook © 2021

## About

Work

💼   No workplaces to show



INV_00000447

3/24/2021                                                   Andres Gonzalez | Facebook

**facebook**                                                                                     Log In

No schools to show

## High School

No schools to show

## Photos                                                            See All Photos





