IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00077-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANDY RICARDO ALVAREZ-GONZALEZ,
       a/k/a Andy Gonzalez-Alvarez,
       a/k/a Andy Alvarez,
       a/k/a Andy Gonzalez,
       a/k/a Andy Richard Alveraz-Gonzalez,
       a/k/a Silent,

       Defendant.

## NOTICE OF DISPOSITION

The defendant, Andy Ricardo Alvarez-Gonzalez, by and through undersigned counsel, David A. Kraut, hereby notifies this Court that a disposition has been reached in his case with the government.  The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       *s/ David Kraut*
       DAVID KRAUT
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:   (303) 294-7002
       FAX:   (303) 294-1192
       Email:   David_Kraut@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2021, I filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Dorothy R. DiPascali, Assistant United States Attorney
    E-mail:  dorothy.dipascali@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Andy Ricardo Alvarez-Gonzalez (via U.S. mail)

                        *s/ David Kraut*
                        DAVID KRAUT
                        Assistant Federal Public Defender
                        633 17th Street, Suite 1000
                        Denver, CO  80202
                        Telephone:    (303) 294-7002
                        FAX:           (303) 294-1192
                        Email:         David_Kraut@fd.org
                        Attorney for Defendant