IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00077-WJM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ANDY RICARDO ALVAREZ-GONZALEZ,

   Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL
---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

   United States of America

DATED at Denver, Colorado this 28th day of July 2021.

    Valeria Spencer
      Name of Attorney
    United States Attorney's Office
      Firm Name
    1801 California Street, Suite 1600
      Office Address
    Denver, CO, 80202
      City, State, ZIP Code
    303-454-0100
      Telephone Number
    Valeria.spencer@usdoj.gov
      Primary CM/ECF E-mail Address

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/Valeria Spencer*
VALERIA SPENCER
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0401
E-mail: Valeria.spencer@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

    I hereby certify that on 7/28/2021, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By:    *s/Portia Peter*
        Portia Peter
        Legal Assistant
        U.S. Attorney's Office