IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00077-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **ANDY RICARDO ALVAREZ-GONZALEZ,**

        Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 14th day of December 2021.

                      COLE FINEGAN
                      United States Attorney

    By:    s/ *Albert Buchman*
                ALBERT BUCHMAN
                Assistant United States Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: 303-454-0100
                Fax: 303-454-0405
                Email: Al.Buchman@usdoj.gov
                Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 14th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                By:    *s/ Brenda L. Lozano*
                          BRENDA L. LOZANO
                          Legal Assistant
                          United States Attorney's Office