IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00077-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANDY RICARDO ALVAREZ-GONZALEZ,
       a/k/a Andy Gonzalez-Alvarez,
       a/k/a Andy Alvarez,
       a/k/a Andy Gonzalez,
       a/k/a Andy Richard Alveraz-Gonzalez,
       a/k/a Silent,

       Defendant.

## RESPONSES TO PRESENTENCE INVESTIGATION REPORT

The defendant, Andy Ricardo Alvarez-Gonzalez ("Mr. Alvarez"), by and through undersigned counsel, David Kraut, respectfully responds to the Presentence Investigation Report ("PSR") (ECF 24) with the following information. Mr. Alvarez-Gonzalez does not dispute the advisory guideline range presented in the PSR. None of the information or responses affect the guideline calculation.

Paragraph 11: Mr. Alvarez denies removing the gunshot residue ("GSR") bags from his hands following his arrest. Body-worn camera footage captured Mr. Alvarez's arrest and several other aspects of the on-scene investigation. However, none of this footage shows the placement of GSR bags on Mr. Alvarez's hands, the alleged removal of the GSR bags, or the alleged discovery of the removed GSR bags.

Paragraph 30: Mr. Alvarez admits committing the assault for which he was convicted in Arapahoe 10CR641, but disputes the victim's account of the events leading up to the assault. Mr. Alvarez asserts the following:

A few days before the charged incident, Mr. Alvarez saw several young men near Aurora Central High School ("ACHS"). He noticed them staring at him and felt threatened, but did not speak with them on that occasion. He recognized them as members of a rival gang who frequently violently assaulted members of his gang for no reason other than the gang rivalry.

On the day of the charged incident, Mr. Alvarez was walking alone, westbound, along the north side of E. Colfax Ave. near the intersection with Moline St. He noticed a group of 15-20 young men standing together on the southwest corner of Moline and Colfax. He recognized several of these men as the same men he felt threatened by days earlier at ACHS. One of these men pointed at Mr. Alvarez. Mr. Alvarez feared they intended to assault him. Mr. Alvarez quickly entered a grocery store, El Mercado de Colorado, on the northeast corner of the intersection. While in the store, he called a friend, explained his fear, and asked for a ride. From inside the store, Mr. Alvarez saw that 5-8 of the other men had crossed the street and were standing at the entrance of the grocery store, throwing gang signs, and looking and pointing at him. A store employee directed the men to leave the store's property and they moved away from the entrance.

Mr. Alvarez waited in the store until his friend arrived, and then entered his friend's car. Mr. Alvarez's friend drove toward Nome Park, approximately four blocks southeast of the grocery store. As they approached the park, Mr. Alvarez saw several of the same men. He exited the car to tell them to leave him alone. A verbal confrontation quickly escalated into a physical fight between

Mr. Alvarez and the victim, during which Mr. Alvarez cut the victim's leg with a knife, but did not cause serious bodily injury. Mr. Alvarez and the victim were both 17 years old at the time.

Paragraph 31: Mr. Alvarez failed to appear twice in Denver 18CR7187. On December 3, 2018, he failed to appear because he was in immigration custody. On June 1, 2020, he failed to appear for a video-teleconference court proceeding, but appeared on June 5, 2020,[1] when the Court vacated the warrant and reinstated his bond.

Paragraph 46: Mr. Alvarez received a COVID vaccine on November 22, 2021.

Paragraphs 44-47: Mr. Alvarez has several additional physical health problems that he either did not have or did not discuss at the time of the presentence report interview. First, he now takes gabapentin for nerve pain in his legs caused by what he believes is at least one herniated disc in his lower back. Though he has requested outside medical attention for this issue, he has not received any imaging or seen a specialist regarding his low back and leg pain.

Second, he was recently transported to Denver Health Medical Center for evaluation of chronic pain in both of his feet. He reports receiving x-rays and being advised to undergo a surgical procedure for at least one foot. He has not received this procedure and remains in pain.

Finally, Mr. Alvarez has suffered from pain in his groin area since the month preceding his arrest in this case. He notified GEO medical staff of the issue and was told he would be seen by an outside urologist many months ago. That has not happened. This issue remains highly concerning and painful for Mr. Alvarez.

---

[1] The state court minute orders for this case do not specify whether Mr. Alvarez appeared in person or by video-teleconference on June 5, 2020.

Paragraph 49:  Mr. Alvarez attended a class at GEO that focused on strategies to cope with anger and avoid negativity. Unfortunately, the class was discontinued due to the pandemic. Mr. Alvarez has continued to work through the curriculum on his own through written information packets.

>Respectfully submitted,
>
>VIRGINIA L. GRADY
>Federal Public Defender
>
>
>*s/ David Kraut*
>DAVID KRAUT
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:     (303) 294-7002
>FAX:           (303) 294-1192
>Email:         David_Kraut@fd.org
>Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2021, I filed the foregoing ***Responses to Presentence Investigation Report*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Dorothy R. DiPascali, Assistant United States Attorney
Email:  dorothy.dipascali@usdoj.gov

Albert C. Buchman, Assistant United States Attorney
Email: al.buchman@usdoj.gov

Valeria N. Spencer, Assistant United States Attorney
Email: valeria.spencer@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Andy Ricardo Alvarez-Gonzalez (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:	(303) 294-7002
FAX:	(303) 294-1192
Email:	David_Kraut@fd.org
Attorney for Defendant

5