**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  21-cr-00077-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDY RICARDO ALVAREZ-GONZALEZ
      a/k/a Andy Gonzalez-Alvarez,
      a/k/a Andy Alvarez,
      a/k/a Andy Gonzalez,
      a/k/a Andy Richard Alveraz-Gonzalez,
      a/k/a Silent,

      Defendant.

_____

**UNITED STATES' RESPONSE TO DEFENDANT'S REPONSES TO
PRESENTENCE INVESTIGATION REPORT**

_____

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, respectfully files this Response to Defendant's "Responses to Presentence Investigation Report." [Dkt. 26.]

Paragraph 11: Denver Police Officer Matthew Cleveland and Crime Scene Unit personnel both report that Defendant's hands were discovered to have been removed from the GSR bags. The body-worn camera footage in discovery neither depicts an angle that would show Defendant's hands while in GSR bags nor depicts the time-period Defendant's hands were removed or discovered to have been removed. Thus, the footage does not negate the fact that Defendant removed the bags. At any rate, the Government takes the position that these facts do not affect sentencing here.

1

Paragraph 30: The Government relies on information gathered in the PSIR to establish the facts of Arapahoe County Case No. 10CR641.

Paragraph 31: The Government does not dispute this information.

Paragraph 46: The Government does not possess information to dispute this fact.

Paragraph 44-47: The Government does not possess information to dispute these facts.

Paragraph 49: The Government does not possess information to dispute this fact.

DATED this 23rd day of December 2021.

COLE FINEGAN
United States Attorney

By:    *s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: Al.Buchman@usdoj.gov
Attorney for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<div style="margin-left:50%">

*s/ Brenda L. Lozano*
BRENDA L. LOZANO
Legal Assistant
United States Attorney's Office

</div>