IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00077-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANDY RICARDO ALVAREZ-GONZALEZ,
        a/k/a Andy Gonzalez-Alvarez,
        a/k/a Andy Alvarez,
        a/k/a Andy Gonzalez,
        a/k/a Andy Richard Alveraz-Gonzalez,
        a/k/a Silent,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The defendant, Andy Ricardo Alvarez-Gonzalez ("Mr. Alvarez"), by and through undersigned counsel, David Kraut, hereby respectfully moves the Court to continue his sentencing hearing for approximately one month, and to reschedule the sentencing filing deadlines according to the new sentencing date. The parties have conferred and the government does not oppose this motion. As grounds, counsel for Mr. Alvarez states:

Mr. Alvarez's case is currently scheduled for sentencing on Wednesday January 19, 2022. Pursuant to this Court's practice standards, any motion for a departure or variance must be filed by January 5, 2022. Mr. Alvarez intends to file a motion for a downward departure pursuant to USSG § 2L1.2, comment. (n.8) (cultural assimilation) and a separate motion for a downward variance.

Due to unexpected circumstances, counsel is temporarily unavailable to prepare for and conduct Mr. Alvarez's sentencing hearing as currently scheduled. Counsel will be available to resume all duties relating to this case beginning on January 24, 2022. If the Court's calendar permits, counsel respectfully requests rescheduling the sentencing hearing for the week of February 21 or 28, 2022. In connection with this request, counsel moves the Court to vacate the current sentencing filing deadlines and reschedule them based on the new sentencing date.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:    (303) 294-7002
FAX:          (303) 294-1192
Email:        David_Kraut@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, I filed the foregoing *Unopposed Motion to Continue Sentencing* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Dorothy R. DiPascali, Assistant United States Attorney
E-mail:  dorothy.dipascali@usdoj.gov

Albert Buchman, Assistant United States Attorney
Email: al.buchman@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Andy Ricardo Alvarez-Gonzalez (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:	(303) 294-7002
FAX:	(303) 294-1192
Email:	David_Kraut@fd.org
Attorney for Defendant