IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00077-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANDY RICARDO ALVAREZ-GONZALEZ
      a/k/a Andy Gonzalez-Alvarez
      a/k/a Andy Alvarez
      a/k/a Andy Gonzalez
      a/k/a Andy Richard Alveraz-Gonzalez
      a/k/a Silent

       Defendant.

---

### ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 18th day of January 2022.

                                    COLE FINEGAN
                                    United States Attorney

                                    s/ *Laura B. Hurd*
                                    Laura B. Hurd
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1801 California Street, Suite 1600
                                    Denver, Colorado 80202
                                    Telephone: 303-454-0100
                                    Fax: 303-454-0405

Email: laura.hurd@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ Sheri Gidan
FSA Records Examiner
Office of the U.S. Attorney