IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00077-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANDY RICARDO ALVAREZ-GONZALEZ
      a/k/a Andy Gonzalez-Alvarez
      a/k/a Andy Alvarez
      a/k/a Andy Gonzalez
      a/k/a Andy Richard Alveraz-Gonzalez
      a/k/a Silent

        Defendant.

_____

**UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE**
_____

      COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, and hereby gives notice to the Court that it will not seek criminal forfeiture of the firearm listed in the Indictment (Doc. 1), because it will remain in the custody of the Denver Police Department.

      DATED this 18th day of January 2022.

                                            Respectfully submitted,

                                            COLE FINEGAN
                                            United States Attorney

                    By:   *s/ Laura B. Hurd*
                          Laura B. Hurd
                          Assistant U.S. Attorney
                          U.S. Attorney's Office
                          1801 California Street, Suite 1600
                          Denver, Colorado 80202
                          Telephone: (303) 454-0100

             E-mail: laura.hurd@usdoj.gov
             *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of January 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

             s/ *Sheri Gidan*
             FSA Data Analyst
             Office of the U.S. Attorney