# Exhibit A

Office of the
# Federal Public Defender
Districts of Colorado and Wyoming

David Weiss, Wyoming Branch Supervisor  
Mary V. Butterton, Senior Litigator

**Virginia L. Grady, Federal Public Defender**  
Matthew K. Belcher, First Assistant

O. Dean Sanderford, Chief, Appeals  
Veronica S. Rossman, Senior Counsel

# MEMORANDUM

DATE:     February 2, 2022

TO:       David Kraut

FROM:     Jacqueline Silbermann

CASE:     Andy Alvarez-Gonzalez - 21-cr-77-WJM

RE:       Maria Gonzalez  
          720-327-0522

---

On April 16, 2021, interpreter Patrick O'Connor and I called Maria Gonzalez in order to interview her regarding Andy Alvarez-Gonzalez. Patrick informed Maria that we represent Andy Alvarez Gonzalez and I introduced myself as the investigator working on Andy's case. Maria acknowledged that she understood our office represents Andy and agreed to an interview. The following is a summary of the interview we conducted with Maria:

- Maria brought Andy to the United States from Mexico when he was around 7 or 8 years old. Maria made the trip to the U.S. with Andy, her other son, and her sister.

- Maria was living in Mexico City with her children prior to coming to the U.S. They lived with Maria's mother, who still resides in Mexico City. Andy started elementary school while living in Mexico City and did not have any issues there.

**Cheyenne, Wyoming**  
214 W. Lincolnway, Suite 31A  
Cheyenne, WY 82001  
Phone: 307-772-2781  
Fax: 307-772-2788

**Denver, Colorado**  
633 17th Street, Suite 1000  
Denver, CO 80202  
Phone: 303-294-7002  
Fax: 303-294-1192

**Casper, Wyoming**  
Ewing T. Kerr Federal Building  
111 South Wolcott Street, Room 312  
Casper, WY 82601  
Phone: 307-772-2781  
Fax: 307-772-2788

www.cofpd.org

- Maria and Andy's father, Eduardo, separated when Andy was young. After the separation, Eduardo was not around much, though he did live in Mexico City. Eduardo was not financially supportive of his children after the separation. Andy loved his dad and would ask questions about him. Maria tried to arrange a visit between Andy and his father but it didn't work out. Andy and Eduardo were able to talk on the phone occasionally when Andy was young. Eduardo died 8-9 years ago.

- Andy was a healthy child and did not have any medical problems. There were no health issues when he was born or at any time while living in Mexico.

- Maria left Mexico City because she was not doing well financially. She decided to move to the U.S. with her sister and children. There was not any particular reason for them leaving Mexico at the time they did. Maria chose Colorado as their destination in the U.S. because she had family living there.

- The trip to the U.S. took about 3 weeks in total. It started in Mexico City and Maria described it as long and dangerous. They made the trip mostly by bus; they took a bus to the U.S. border and once they were across the border, they took a smaller bus to Colorado.

- The trip from Mexico City to the U.S. is dangerous because there is not always food or water available and you have to be extra cautious when travelling with small children. Nothing notable happened on the bus ride to the U.S. when Maria made the trip with her children but she was constantly worried and had to be on guard at all times.

- Maria and her family crossed the border into the U.S. after about 3 days of travelling by bus in Mexico but they had to go back into Mexico right away; Immigration asked them to go back and they went voluntarily. Once back in Mexico, the same person who helped them cross the border the first time helped them cross back into the U.S. again and this time they stayed.

- When Maria and her family arrived in Colorado, they lived with her sister-in-law; her brothers's wife's sister, Veronica. Maria's brother was living in the U.S. at the time Maria travelled to Colorado. Maria's brother and his wife had separated but Maria lived with Veronica anyway for about 1-2 years.

- Veronica lived in Commerce City and Maria sent her kids to the local public school there. Maria cannot remember the name of the school Andy attended in Commerce City or Veronica's address. Andy did not have any issues at any of the elementary schools he attended and he always received good grades.

- Maria was pregnant with her daughter when she arrived in Colorado so she could not get a job right away. When her daughter was about 8 months old, Maria started working. She did not earn enough money from her employment to afford a place on her own for a few years. Maria moved from Veronica's house to a friend's house in Thornton. Andy transferred to the new local school in Thornton but Maria cannot recall the name of the school.

- Maria and her kids lived in several places during their first years in Colorado. There were at least four addresses including Veronica's, Maria's cousin's, a friend's house, and a place in Aurora. There were a few more places but Maria cannot recall the locations.

- Andy attended different schools each time the family moved but Maria is unable to recall the names of the schools or any of the addresses where they lived. Maria believes Andy attended school in Commerce City, Thornton, and Aurora.

- Andy did not have any problems in middle school or high school. Maria thinks the name of the high school Andy attended while living in Aurora was Central.

- Maria cannot recall any times when Andy was hospitalized or had major medical or health issues while living in the U.S.

- Andy was not exposed to drugs in the home. Maria and her family drank alcohol at family gatherings or parties so he was around alcohol but the use wasn't abusive. Maria did not see or hear of Andy using drugs or alcohol when he hung out with his friends in middle school or high school.

- Maria describes Andy as a helpful son. Prior to Andy getting into legal trouble as a teenager, he was at home a lot helping Maria with her other kids and the household chores.

- Andy was sent to juvenile jail because of a fight he had with a kid at school. He was removed from the U.S. as a result and went to live in Mexico City with Maria's mother.

- Maria likes Andy's wife, Elizabeth. They get along well. Andy and Elizabeth have minor disagreements like any couple but Maria says overall, they have a good relationship.

- Andy is a good dad to his son, Damien. The interactions Maria has seen between Andy and Damien have all been loving. Since Andy's arrest, Damien has asked about him a lot. Damien does not understand where his dad is and the family has been telling him that his dad is at work. Maria worries about Damien and Andy being separated if Andy is deported. She is worried about the bond between Andy and his son but also about the financial support Andy provides Elizabeth and Damien.

- Maria is worried about the threat of violence in Mexico City if Andy is deported. Andy would be able to live in Mexico City with his grandmother, Maria's mother, but it is not safe there and there is not much opportunity for work. Maria is not sure if she wants Andy to live in Mexico City because of the potential danger.

- On 2/14/21, Maria and her family were at her apartment celebrating her daughter's birthday. Maria does not remember much of the night because she drank too much and fell asleep early. She does recall everyone was having a good time; they were playing games, talking, and enjoying themselves.

- There was nothing about Andy's behavior that was concerning to Maria and she did not see or hear him get upset with anyone else present at the party. She does not believe there was anyone at the party that Andy had an issue with.

3

- Maria, her boyfriend, her two sons and their spouses, and some children were at the party. Everyone who was at the party gets along. The other adults present were also drinking; she said the others were drinking about the same amount of alcohol as her.

- Maria did not hear gunshots because she was asleep. When she woke up, her family told her there had been shots fired. It is not uncommon to hear gunshots in her neighborhood, though; she hears gunshots quite often.

- Maria's family told her that the police had been at the house and they took Andy. Maria asked them what happened and why Andy was taken, and she was told that someone called the police. She did not get all of the details about what happened.

- When asked if anyone present at the apartment showed her bullet holes or damage to the apartment, Maria said that there were already holes in her apartment walls. She has asked for the holes to be fixed but it has not happened yet.

- Maria is willing to talk to us again for a follow-up interview and is available any time; if she cannot answer when we call, she will call back when she has time to talk.

END OF MEMO

4