# Exhibit B

**Student ID:** 1020538

**Student legal last name:** Alvarez-Gonzalez, Andy
**Goes by:**
**Birth date:** December 12, 1992   **Gender:** M
**Address:** 7971 Kimberly St. Commerce City, CO. 80022
**Home phone:** (303) 227-9208

Adams County School District 14
Student Cumulative Folder
4720 East 69th Avenue Commerce City, CO 80022

Dupont Elementary
7970 Kimberly Street
Commerce City, CO 80022

## Family Record

| Name and relation | | Birth date |
|---|---|---|
| Father | Jose Eduardo Alvarez Munoz | |
| Mother | Maria Alma Gonzalez Vega | |
| Guardian | | |
| Guardian | | |

| Name of brothers | | Birth date | Name of sisters | | Birth date |
|---|---|---|---|---|---|
| Luis Eduardo Alvarez | | 10-21-91 | Yarely Natalie Gonzalez | | 7-20-02 |

Other significant family information

## Elementary Academic Record

| Grade & School Year | 4   02-01 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Reading | | | | | | | | |
| Reading level | 2² | | | | | | | |
| Writing | N | | | | | | | |
| Spelling | C- | | | | | | | |
| Handwriting | C | | | | | | | |
| Speaking | C | | | | | | | |
| Listening | C | | | | | | | |
| Mathematics | C | | | | | | | |
| Mathematics level | 4² | | | | | | | |
| Social Studies | -1 | | | | | | | |
| Science | -1 | | | | | | | |
| Physical Education | B | | | | | | | |
| Music | B | | | | | | | |
| Art | C | | | | | | | |
| Health | -1 | | | | | | | |
| Individual Literacy Plan (gr. K-4) | Yes/No | Yes/No | Yes/No | Yes/No | Yes/No | Yes/No | Yes/No | Yes/No |
| Intervention Success Plan (gr. 5) | Yes/No | Yes/No | Yes/No | Yes/No | Yes/No | Yes/No | Yes/No | Yes/No |
| Language of Instruction (Eng/Span) | Span. | | | | | | | |
| Days absent | 12½ | | | | | | | |
| Days present | 158½ | | | | | | | |
| Promoted to | 5ᵗʰ | | | | | | | |
| Teacher: | Jose B. Baca | | | | | | | |

## Schools Attended

| Name | Location | From | To | Reason for leaving |
|---|---|---|---|---|
| Antonio Villarest | D.F. Mexico | 97-02 | | |
| Dupont E. 7970 Kimberly St. Commerce City | | 02-03 | 8/2003 | |

High School Transcripts | Summer School Record
Sent to and Date | Subject Taken Year Results

Alvarez Gonzalez, Andy Ricardo

| 06-07<br>West Middle School<br>10100 East 13th Avenue, Aurora CO 80010<br>Generated on 06/14/2007 10:55:34 AM   Page 1 of 1 | Alvarez Gonzalez, Andy Enrollment History<br>Date: 06/14/2007 |
|---|---|

## Enrollment History

| Grade | Type | Calendar (Schedule Name) | Start Date | End Date |
|---|---|---|---|---|
| 08 | P | 260 06-07 | 07/03/2006 | 08/23/2006 |
| Start Status: 02 Continuous in same school with no interruption | | | | |
| End Status: 13 Transfer to public school in a different district to Northglenn | | | | |
| 07 | P | 260 05-06 | 07/01/2005 | |
| Start Status: 02 Continuous in same school with no interruption | | | | |
| End Status: | | | | |
| 06 | P | 260 04-05 | 09/16/2004 | |
| Start Status: 13 Transfer from a pub school in a different district | | | | |
| End Status: | | | | |
| 05 | P | 128 03-04 | 08/19/2003 | 12/16/2003 |
| Start Status: 11 Transfer from a pub school in the same district | | | | |
| End Status: 13 Transfer to public school in a different district | | | | |

| Student Name | | | | | | School Name/Address | |
|---|---|---|---|---|---|---|---|
| Alvarez Gonzalez, Andy Ricardo | | | | | | Northglenn High School | |
| Student ID | | Grade | Gender | | | 601 W 100th Place | |
| 842315 | | 09 | M | | | Northglenn, CO 80260 | |
| Birth Place | Date Of Birth | | Ethnic Code | Enter Date: | 04/09/04 | Tel 720-972-4600 | Fax. 972-4737 |
| | 12/12/92 | | | Leave Date: | 09/24/07 | School Alternate Number | 6402 |
| Parent Guardian | | | | Class Of. | 2011 | | |
| Maria Alma Gonzalez | | | | | | | |
| 1327 W 84th Ave #1824 | | | | | | | |
| Thornton, CO 80260 | | | | | | | |
| 720-298-1623 | | | | | | | |

### Credit Summary - NGH Grad Requirements

| | Subject Area | Req | Cmp | Def |
|---|---|---|---|---|
| | | | 0 00 | |
| EL | ELECTIVE | 6 000 | 0.00 | 6 00 |
| EN | ENGLISH | 4.000 | 0 00 | 4 00 |
| FA | FINE/PRACTICAL ARTS | 1.000 | 0.00 | 1.00 |
| GV | GOVERNMENT CIVICS | | 0.00 | |
| HC | HEALTH CHOICE/FITNES | | 0.00 | |
| KB | KEYBOARDING | | 0 00 | |
| MA | MATHEMATICS | 2.000 | 0 00 | 2.00 |
| NA | NO CREDIT | | 0.00 | |
| PE | PHYSICAL EDUCATION | 2.000 | 0 00 | 2 00 |
| RW | READING/WRITING | | 0.00 | |
| SC | SCIENCE | 2.000 | 0.00 | 2.00 |
| SS | SOCIAL STUDIES | 2.000 | 0.00 | 2 00 |
| US | U S HISTORY | 1.000 | 0.00 | 1 00 |
| WL | FOREIGN LANGUAGE | | 0.00 | |
| ------Total Credits------ | | 20 000 | 0 000 | 20.00 |

### GPA Summary

Academic GPA.
Total GPA

Total Credits Attempted:
Total Credits Earned.

CP-CollegePrep N-GPA Excld, Blank-A=4.0, 2-A= 4.5, H A=5.0 F=0 Pt          Notation in Crdt Clmn. A-no Crdt no GPA, B-cnt Crt GPA, C-Cnt Crdt no GPA

| | | | | | |
|---|---|---|---|---|---|
| DTP TD/DT | 04/23/93 | 07/06/93 | 10/01/93 | 06/30/95 | 08/20/97  11/06/03 |
| Polio | 04/23/93 | 07/06/93 | 10/01/93 | 08/20/02 | -------- |
| HIB Meningitis-------- | -------- | -------- | -------- | | |
| M/M/R | 08/20/02 | 11/06/03 | | | |
| Hepatitis B | 08/20/02 | 11/06/03 | 04/07/04 | | |
| Varicella | 08/20/02 | -------- | | | |
| Hepatitis A | 11/06/03 | -------- | -------- | | |
| Tdap | -------- | -------- | -------- | | |
| Meningcoccal | -------- | -------- | | | |
| TB Test | -------- | -------- | | | |

Transcript is unofficial unless signed by a school official

School                    Official's Signature                    Date: 10/04/07