# Exhibit D

Office of the
# Federal Public Defender
Districts of Colorado and Wyoming

David Weiss, Wyoming Branch Supervisor  
Mary V. Butterton, Senior Litigator

**Virginia L. Grady, Federal Public Defender**  
Matthew K. Belcher, First Assistant

O. Dean Sanderford, Chief, Appeals  
Veronica S. Rossman, Senior Counsel

# MEMORANDUM

DATE:      April 22, 2021

TO:        David Kraut

FROM:      Jacqueline Silbermann

CASE:      Andy Alvarez-Gonzalez - 21-cr-77-WJM

RE:        Elizabeth Rocha  
           970-702-5011  
           17891 E. Girard, Aurora, CO 80013

---

On April 15, 2021, I called Elizabeth Rocha at a pre-arranged time in order to interview her regarding Andy Alvarez-Gonzalez. Elizabeth knew who I was prior to our call on April 15, 2021 but I reminded her that I am an investigator with the Office of the Federal Public Defender and I work David Kraut, who represents Andy. Elizabeth acknowledged that she understood our office represents Andy and agreed to an interview. The following is a summary of the interview I conducted with Elizabeth:

- Elizabeth has been in a relationship with Andy for almost 7 years. She first met him when she was twelve at a family party; Andy's mom knew Elizabeth's aunt. Andy was fourteen when he and Elizabeth met. After their first meeting at the party, Elizabeth and Andy did not see each other or communicate in any way again until he was released from YOS in

**Cheyenne, Wyoming**  
214 W. Lincolnway, Suite 31A  
Cheyenne, WY  82001  
Phone: 307-772-2781  
Fax:  307-772-2788

**Denver, Colorado**  
633 17th Street, Suite 1000  
Denver, CO  80202  
Phone: 303-294-7002  
Fax: 303-294-1192

**Casper, Wyoming**  
Ewing T. Kerr Federal Building  
111 South Wolcott Street, Room 312  
Casper, WY  82601  
Phone: 307-772-2781  
Fax:  307-772-2788

www.cofpd.org

2014. Their lack of communication did not have anything to do with his YOS sentence; they just met the one time at the family party and didn't stay in contact afterwards.

- Andy was in living in Mexico when he and Elizabeth started talking. He had been deported after completing his YOS sentence and was living in Mexico City with his grandmother. Andy and Elizabeth started talking via social media after Andy sent her a message. They began a long-distance relationship and were together for about two years before Andy moved back to Colorado.

- Before Andy was able to move back to Colorado, Elizabeth visited him in Mexico City a few times. She would take PTO from work and travel to Mexico City for a week or two at a time. When Elizabeth visited Andy, she would stay with him at his grandmother's house.

- Andy has been back and forth between the U.S. and Mexico a few times. In 2014, before he and Elizabeth were in a relationship, he was deported after getting out of YOS; Andy told Elizabeth that he tried to fight his 2014 deportation while in custody in El Paso County. He asked to see a judge but was denied the chance and was removed from the U.S. In 2016, he returned to Colorado and moved in with Elizabeth and her parents. He was again deported in 2018 but returned to the U.S. and lived with Elizabeth and Damien up until his recent arrest.

- Mexico City is not a safe place for Andy to live: Andy has been harassed, robbed, and assaulted by the cops while living there. Elizabeth was with him one time when the cops pulled up to them and started questioning Andy; the cops let him go but Elizabeth thinks if she had not been there, things would have gone differently. The cops in Mexico have taken cash from Andy as well as a watch Elizabeth gave him.

- There is something about the way Americans present themselves when they are in Mexico that draws attention to them. Something about Andy's appearance makes him a target for corrupt cops in Mexico. Elizabeth has asked herself what it is about people like Andy that makes them so noticeable, but she can't figure it out. Whatever it is, it makes living in Mexico dangerous. There is a chilling amount of corruption everywhere. Elizabeth's family is from Chihuahua and the corruption is just as bad there as it is in Mexico City.

- Andy's grandmother is still alive and lives in Mexico City. His sister also lives in Mexico. When Andy has gone back to Mexico in the past, he has been able to live with family. Andy was able to find work in Mexico the last time he lived there and Elizabeth thinks he would be able to find work again.

- Elizabeth does not know how old Andy was when he first came to the U.S.; she guesses he was around 6 or 7. His mom brought him and his siblings to the U.S. but Elizabeth does not know details about their trip or their life in Mexico. Andy has 7 siblings; some were born in the U.S. and some of them were born in Mexico. Andy's dad did not travel to Mexico with the family and Elizabeth does not know anything about him other than he is deceased.

2

- Elizabeth and Andy lived in her parent's basement when he moved back to Colorado after being deported to Mexico when he got out of YOS. He started working right away. When Elizabeth got pregnant with their son, Damien, they decided to get a place of their own. They moved to Aurora because Andy had a job offer there and they wanted to be closer. Damien was born 1/9/2017.

- Elizabeth has seen behavioral issues in Damien since Andy was arrested in February. He gets depressed and cries a lot more often for what seems like little things; he is young and doesn't know how to express what he is feeling, but he misses his dad. Damien does not get to see Andy at all - they are able to talk, though. Not being around his dad has really taken a toll on Damien. The first time Andy was deported after Damien was born, Damien was too young to know what was going on; this time, Damien doesn't understand the situation but knows his dad is not around and misses him.

- If Andy gets deported, Elizabeth would take Damien to Mexico so they could see each other but they would only get short visits because Damien has school and Elizabeth has to work. If she and Damien were to travel to Mexico City by bus, it would take around 32 hours one way, making bus travel an unreasonable option. It is expensive to travel to Mexico by plane so Elizabeth doesn't think she would be able to take Damien to see Andy more than once a year.

- Elizabeth and Andy have had ups and downs in their relationship but she feels like it has been mostly good. The incident on 2/14/21 that resulted in Andy's arrest is an example of one of the downs. They have been together for 7 years and have had a lot of stressors to manage, such as deportations. When Andy was deported last time, they worked through it and stayed together. Regardless of their relationship issues, Andy is a great dad. Elizabeth is grateful Damien has such a good father.

End of Memorandum