Exhibit E

**Date Printed: 02/02/2022**

**People Of The State Of Colorado Vs. Alvarez-gonzalez, Andy R – 2018CR7187 – Denver District**

## Summary

| | | |
|---|---|---|
| **Case #:** 2018CR7187 (District) | **Location:** Denver District | **Date Filed:** 2018-09-25 |
| **Case Status:** Warrant Issued; Closed; | **Date Case Closed:** 2020-08-28 | **Date of Speedy Trial:** 2021-01-13 |
| **Case Type:** Weapon | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** Eric Martin Johnson | **Division:** 4G | **Bar Number:** 30053 |
| **Related Cases:** N/A | | |

## Participants

| | | |
|---|---|---|
| **Party Type:** Defendant | **Person Status:** <span style="color:red">**Wanted**</span> ; | |
| **Name:** Alvarez-gonzalez, Andy R | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** Alvarezgonzalez, Andy R Gonzalez, Andy R Alvarez, Andy R | Historical Address ███████████ Active Address ███████████ Home : ████████ MESSAGE : ████████ | **Attorney Role:** Deputy Public Defender **Attorney Name:** Duncan, Cayce **Attorney Bar #:** 49926 **Primary Attorney:** No **Attorney Role:** Deputy Public Defender **Attorney Name:** Swestka, Robert Edward **Attorney Bar #:** 51241 **Primary Attorney:** No |
| **Birthdate:** 1992-12-12 **Gender:** M **Race:** W **Drivers License:** **SSN:** **StateID:** ████ | | |
| **Party Type:** Impartial | **Person Status:** Active | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | |
| **Birthdate:** **Gender:** **Race:** **Drivers License:** | | |

**SSN:**
**StateID:**

| **Party Type:** Impartial | **Person Status:** Active | |
|---|---|---|
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

| **Party Type:** Impartial | **Person Status:** Active | |
|---|---|---|
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

| **Party Type:** Impartial | **Person Status:** Active | |
|---|---|---|
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

| **Party Type:** Impartial | **Person Status:** Active | |
|---|---|---|
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** | | |

| **Party Type:** The People of the State of CO | **Person Status:** Not Applicable | |
|---|---|---|
| **Name:** The People Of The State Of Colorado, | **Addresses & Phone Numbers** | **Attorneys** |
| **Alias:** | | **Attorney Role:** Deputy District Attorney |

|  |  | **Attorney Name:** Dunn, Brian Michael<br>**Attorney Bar #:** 40210<br>**Primary Attorney:** No<br><br>**Attorney Role:** Deputy District Attorney<br>**Attorney Name:** Zortman, Brenna Kathleen<br>**Attorney Bar #:** 48058<br>**Primary Attorney:** No<br><br>**Attorney Role:** Deputy District Attorney<br>**Attorney Name:** Dunlop, Thomas L<br>**Attorney Bar #:** 47523<br>**Primary Attorney:** Yes |
|---|---|---|
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**SSN:**<br>**StateID:** |  |  |

### Charges / Dispositions

#### Arresting Agency

| **Arresting Agency:** Denver PD | **Arrest Date:** 2018-09-20 | **Arrest Time:** |
|---|---|---|
| **Ticket/Summons Number:** | **Arrest Number:** 18-334243 | **Case Number:** 2018647583 |

#### Final Disposition on Charges

| **Charge Number:** 1 | **Charge:** Weapon-poss/prev Offender-burg/arson/for | **Status:** Dismissed |
|---|---|---|
| **Offense Date From:** 2018-09-20 | **Offense Date To:** | **Offense Time:** |
| **Class:** F5 (Class 5 Felony) | **BAC:** 0.000 | **Statute:** 18-12-108(1),(2)(c) |
| **Plea Date:** 2020-07-13 | **Plea:** Plea Not Guilty | |
| **Disposition Date:** 2020-08-28 | **Disposition:** Dismissed by DA | |

| **Charge Number:** 2 | **Charge:** Weapon-poss/previous Offnd-prior Fel-att | **Status:** Main Charge |
|---|---|---|
| **Offense Date From:** 2018-09-20 | **Offense Date To:** 2018-09-20 | **Offense Time:** |
| **Class:** F6 (Class 6 Felony) | **BAC:** 0.000 | **Statute:** 18-12-108(1) |
| **Plea Date:** 2020-08-28 | **Plea:** Plea of Guilty | |

| Disposition Date:<br>2020-08-28 | Disposition: Guilty | |
|---|---|---|
| Sentence Date:<br>2020-08-28 | Sentence Type: Sentence by Court | Sentence Status:<br>Active |

| | | | |
|---|---|---|---|
| Victims Assistance Fund | 163.00 | Dollar Amount | **No Consecutive / Concurrent sentences.** |
| Victim Compensation Fund | 163.00 | Dollar Amount | |
| Court Costs | 35.00 | Dollar Amount | **Comments:**<br>8/28/20: TERMS AND CONDITIONS AS SET BY PROBATION, DRUG/ALCOHOL TESTING AND TREATMENT AS REC BY PROBATION, DEF IS NOT TO POSSESS ANY FIREARMS, IF IN COMPLETE COMPLIANCE COURT WILL TERMINATE EARLY UPON PROBATION FILING MOTION |
| Court Security Cash Fund | 5.00 | Dollar Amount | |
| Genetic Testing Surcharge | 2.50 | Dollar Amount | |
| Public Defender Accts Rcvable | 25.00 | Dollar Amount | |
| Request for Time to Pay | 25.00 | Dollar Amount | |
| Restorative Justice Surcharge | 10.00 | Dollar Amount | |
| Drug Standardized Assessment | 45.00 | Dollar Amount | |
| Probation | 2.00 | Year(s) | |
| Probation Supervision Fee | 1200.00 | Dollar Amount | |

## Hearings/Trials

| Date | Time | Appearance | Room # | Type/Note | Status | Judge/Bar Number |
|---|---|---|---|---|---|---|
| 2026-03-24 | 07:00 AM | | 4G | Review<br>NOTE: WARR STAT | | Eric Martin Johnson (30053) |
| 2025-06-02 | 07:00 AM | | 4G | Review<br>NOTE: WARR STAT | Vacated | Eric Martin Johnson (30053) |
| 2023-12-04 | 07:00 AM | | 4G | Review<br>NOTE: WARR STAT | Vacated | Eric Martin Johnson (30053) |
| 2020-08-28 | 08:30 AM | | 4G | Disposition Hearing<br>NOTE: B888991 | Hearing Held | J Eric Elliff (16844) |
| 2020-08-28 | 08:30 AM | | 4G | Motions Hearing<br>NOTE: B 888991 | Vacated | J Eric Elliff (16844) |
| 2020-08-24 | 08:30 AM | | 4G | Disposition Hearing<br>NOTE: B 888991 | Continued by Parties | J Eric Elliff (16844) |
| 2020-07-13 | 08:30 AM | | 4G | Status Conference<br>NOTE: B 888991 | Hearing Held | J Eric Elliff (16844) |

CONFIDENTIAL

| 2020-06-22 | 08:30 AM | | 4G | Appearance of Counsel NOTE: B 888991 | Hearing Held | J Eric Elliff (16844) |
|---|---|---|---|---|---|---|
| 2020-06-05 | 08:31 AM | | 4G | Appearance on Arrest Warrant NOTE: B 888991 | Hearing Held | J Eric Elliff (16844) |
| 2020-06-01 | 08:30 AM | | 4G | Arraignment NOTE: B 888991 | Party Failed to Appear | J Eric Elliff (16844) |
| 2020-03-23 | 08:30 AM | | 4G | Arraignment NOTE: B 888991 | Continued by Parties | J Eric Elliff (16844) |
| 2020-02-24 | 08:30 AM | | 4G | Arraignment NOTE: B 888991 | Continued by Parties | J Eric Elliff (16844) |
| 2020-01-17 | 08:30 AM | | 4G | Appearance on Arrest Warrant NOTE: J888991 | Hearing Held | J Eric Elliff (16844) |
| 2018-12-03 | 01:30 PM | | 4G | Arraignment NOTE: B888991 | Party Failed to Appear | Morris B Hoffman (8322) |

| Other Case Activities | | |
|---|---|---|
| **Date** | **Code** | **Details/Notes** |
| 2021-03-25 | WCAN | Warrant Canceled Clerks Error: Cancel And Reissue /amv |
| 2021-03-25 | WCAN | Warrant Canceled Clerks Error: Cancel And Reissue /amv |
| 2021-03-24 | ORDR | Order Judge Morris B. Hoffman Ruling: See Attached Order, Document Title: Probation Warrant Warrant To Issue For Defts Arrest For Failure To Comply. Bond Amount: 1,500.00 Self Cash/no Surety Or $15,000.00 Professional Surety. Ncic-ccic. /dms |
| 2021-03-24 | WFTC | Warrant Failure To Comply DEF1/ Alvarez-gonzalez, Andy R Denver District Court 520 W Colfax Ave Denver Co 80204 Ctrm 4g Bond Returnable 2nd Monday After Posting At 830 Am Warrant To Appear On Ncic Ccic Def May Post Bond Of Either 1500 Usd Cash Or 15000 Usd Prof Surety /amv Bond Type: Cash Only |
| 2021-03-24 | WFTC | Warrant Failure To Comply DEF1/ Alvarez-gonzalez, Andy R Denver District Court 520 W Colfax Ave Denver Co 80204 Ctrm 4g Bond Returnable 2nd Monday After Posting At 830 Am Warrant To Appear On Ncic Ccic Def May Post Bond Of Either 1500 Usd Cash Only No Surety Or 15000 Usd Prof Surety /amv Bond Type: Cash Only |
| 2021-03-24 | WFTC | Warrant Failure To Comply DEF1/ Alvarez-gonzalez, Andy R Denver District Court 520 W Colfax Ave Denver Co 80204 Ctrm 4g |

CONFIDENTIAL CONFIDENTIAL

| | | |
|---|---|---|
| | | Bond Returnable 2nd Monday After Posting At 830 Am<br>Warrant To Appear On Ncic Ccic<br>Def May Post Bond Of Either 1500 Usd Cash Only No Surety Or 15000 Usd Prof<br>Surety /amv<br>Bond Type: Surety |
| 2021-03-22 | CRVP | Cmpl For Revocation Of Prob<br>Complaint For Revocation Of Probation And Request For Arrest Warrant |
| 2020-09-01 | ORDR | Order<br>Judge J Eric Elliff,<br>Order:motion To Add Count Two And Dismiss Count One Npt 8/28/20,<br>Ruling: Granted On The Record 8/28/20. /emm |
| 2020-08-28 | CLAD | Case Closed |
| 2020-08-28 | FOJ | Final Order Of Judgment<br>Final Order Of Judgment |
| 2020-08-28 | MINC | Minute Order (print)<br>Judge Edward Bronfin For Judge J.e. Elliff Ftr 5h: 7187 Dispo Hearing<br>Appears Via Webex: Def On Bond With Atd Robert Swestka, Dda Mckenna Burke<br>Def Enters Guilty Plea To Added Ct 2, Poss Weapon Prev Offender, F6, Judgment Of Conviction Enters,<br>Peoples Motion To Dismiss Ct 1 Is Granted,<br>Parties Waive Psi And Proceed With Immediate Sentencing:<br>Ct 2- 2 Years Probation, Terms And Conditions As Set By Probation,<br>Drug/alcohol Testing And Treatment As Rec By Probation, Def Is Not To Possess<br>Any Firearms,<br>If Def Is In Complete Compliance, Court Will Terminate Early Upon Probation<br>Filing A Motion,<br>Fees/costs Assessed,<br>People Do Not Request Any Resitution,<br>Def Is Ordered To Report To Probation (call) Today. /mgk |
| 2020-08-27 | MOTN | Motion<br>PPL1/ The People Of The State Of Colorado,<br>Motion To Add Count Two And Dismiss Count One E73daba87bca4 |
| 2020-08-27 | PLAG | Plea Agreement<br>PPL1/ The People Of The State Of Colorado,<br>Petition To Enter Plea Of Guilty, And Plea Agreement (single Felony Count, Determinate Sentence) And Elements E73daba87bca4 |
| 2020-08-24 | MINC | Minute Order (print)<br>Judg J Eric Elliff Ftr 4g 1027a Disposition Hearing,<br>Appearing Via Webex: Def On Bond With Atd Rob Swestka, Dda Tom Dunlop,<br>Disposition Has Been Reached,<br>Paperwork Must Be Completed,<br>Defs Mtn To Keep Friday Date And Convert To A Disposition In Order To Take<br>Plea,<br>Bond Continues. /emm |
| 2020-08-18 | FOTH | Filing Other<br>DEF1/ Alvarez-gonzalez, Andy R<br>Endorsement Of Defense And Witnesses 1d3113114b062 |

| 2020-08-18 | MOTN | Motion<br>DEF1/ Alvarez-gonzalez, Andy R<br>Motion For Expert Endorsement And Disclosures 1d3113114b062 |
|---|---|---|
| 2020-08-18 | MOTN | Motion<br>DEF1/ Alvarez-gonzalez, Andy R<br>Motion For Disclosure Of Evidence Pursuant To C.re. 404(b), C.r.e. 608, And<br>Any Proposed Res Gestae Evidence 1d3113114b062 |
| 2020-08-18 | NOTC | Notice Filed<br>DEF1/ Alvarez-gonzalez, Andy R<br>Notice Pursuant To 16-4-309 Of The Colorado Revised Statutes 1d3113114b062 |
| 2020-07-13 | MINC | Minute Order (print)<br>Judge J Eric Elliff Ftr 4g: 1147am Status Conference<br>Appears Via Webex: Def On Bond With Atd Robert Swestka, Dda Thomas Dunlop<br>Public Defender Is Appointed,<br>Def Waives Further Advisement And Enters Not Guilty Plea,<br>Speedy Trial: 1-13-21<br>Court Gives Parties 30 Days To File Motions<br>Disp Set: 8/24/20 At 830am<br>Hmtn Set: 8/28/20 At 830am<br>Bond Cont. /mgk |
| 2020-06-22 | MINC | Minute Order (print)<br>Judge J. Eric Elliff Ftr 4g: 927am Appearance Of Counsel<br>Appears Via Webex: Def On Bond With Atd Robert Swestka, Dda Thomas Dunlop<br>Def Still Working On Pd Application.<br>Stat Set: 7/13/20 At 830am<br>Bond Cont. /mgk |
| 2020-06-05 | MINC | Minute Order (print)<br>Judge J. Eric Elliff Ftr 4g: 834am Appearance On Warrant<br>Appears: Def Out Of Custody, Dda Danny Paulson<br>Warrant Vacated, Bond Reinstated With Same Conditions,<br>Def Needs To Reaaply For Pd,<br>Appc Set: 6/22/20 At 830am<br>Bond Cont. /mgk |
| 2020-06-05 | WCAN | Warrant Canceled |
| 2020-06-03 | OBJ | Objection<br>PPL1/ The People Of The State Of Colorado,<br>Peoples Objection To Defense Motion To Quash Bench Warrant<br>A63d968d1716e |
| 2020-06-03 | ORDR | Order<br>Judge J. Eric Elliff<br>Order:motion To Quash Bench Warrant For Failure To Appear On June 1, 2020 Is<br>Denied.<br>Matter Set: 6-5-20 At 830am. /mgk |
| 2020-06-02 | MQSH | Motion To Quash<br>DEF1/ Alvarez-gonzalez, Andy R<br>Motion To Quash Bench Warrant For Failure To Appear On June 1, 2020<br>Af4c824b23394 |
| 2020-06-01 | MINC | Minute Order (print)<br>Judge J Eric Elliff Ftr 4g 235 P Arraignment, |

| | | |
|---|---|---|
| | | Appearing Via Webex: Atd Matt Spivey As A Courtesy, Dda Thomas Dunlop,<br>Court Finds Def Has Failed To Appear,<br>Warrant To Issue For Defs Arrest With A No Bond,<br>Bond Forfeitted. /emm |
| 2020-06-01 | WFTA | Warrant Failur To Appear<br>DEF1/ Alvarez-gonzalez, Andy R<br>Denver District Court 520 W Colfax Ave Denver Co 80204 Ctmr 4g No Bond Hold<br>Bond Type: No Bond |
| 2020-03-20 | NOTC | Notice Filed<br>DEF1/ Alvarez-gonzalez, Andy R<br>Notice Regarding New Court Date E960d56a4d502 |
| 2020-02-24 | MINC | Minute Order (print)<br>Judge J. Eric Elliff Ftr 4g: 942am Arraignment<br>Appears: Def On Bond With Atd Cayce Duncan, Dda Thomas Dunlop<br>Atd Req Cont Is Granted,<br>Arrg Set: 3-23-20 At 830am.<br>Bond Cont. /mgk |
| 2020-01-17 | MINC | Minute Order (print)<br>Judge J. Eric Elliff Ftr 4g: 919 Appearance On Warrant<br>Appears: Def In Custody With Atd Cayce Duncan, Dda Thomas Dunlop<br>Def Released From Ice,<br>Parties Argue Bond, Previous Bond Reinstated, 10,000 Pr Bon, Enhanced Supervision, Release To Pretrial Services, No Weapons Possession As Condition<br>Of Bond,new Arraignment Set: 2-24-20 At 830am<br>Def To Be Released To Pretrial Services. /mgk |
| 2020-01-17 | WCAN | Warrant Canceled |
| 2020-01-13 | MINO | Minute Order (no Print)<br>Clerks Note: Courtroom Notified On 1-13-20 That Def Is In Custody At Denver<br>County Jail /caf |
| 2020-01-13 | WLEC | Warant Canceled By Law Enforce<br>Date Of Arrest: 01/13/2020 Arrest #: 124636649 Bond Amt: $.00<br>Arresting Agency: Warrant Canceled Due To Arrest On 20200113 By Denver Sheriff<br>Department<br>Person Arrested: Andy R Alvarez-gonzalez Msg From: Longoria,l |
| 2020-01-11 | WDTD | Detained On Warrant<br>Date Of Arrest: 01/11/2020 Arrest #: N/a Bond Amt: $.00<br>Arresting Agency: Detained Aurora Police Department Aurora Detention Facility<br>Person Arrested: Andy R Alvarez-gonzalez Msg From: Coash,debo |
| 2018-12-03 | MINC | Minute Order (print)<br>Judge Morris Hoffman Ftr 2:31 Arrg<br>Appears Da Brian Dunn.<br>Def Fails To Appear.<br>Bond Number 1 Is Forfeited.<br>Warrant To Issue With A No Bond Hold. /kab |
| 2018-12-03 | WFTA | Warrant Failur To Appear<br>DEF1/ Alvarez-gonzalez, Andy R<br>Denver District Court 520 W Colfax Ave Denver Co 80204 Ctrm 4g No Bond Hold |

| | | Bond Type: No Bond |
|---|---|---|
| 2018-11-30 | EXHB | Exhibit-attach To Pleading/doc<br>IMP5/ Non-party,<br>Exhibit - Attach To Letter Re Husband In Ice Custody Filed By Elizabeth Rocha |
| 2018-11-30 | LETR | Letter<br>IMP4/ Non-party,<br>Letter Re: Husband In Ice Custody W Attach Filed By Elizabeth Rocha |
| 2018-11-02 | BOND | Appearance Bond<br>DEF1/ Alvarez-gonzalez, Andy R<br>Appearance Bond |
| 2018-11-02 | FOTH | Filing Other<br>IMP1/ Non-party,<br>County Court Case Summary |
| 2018-11-02 | FOTH | Filing Other<br>IMP3/ Non-party,<br>County Court Documents-protected |
| 2018-11-02 | INFO | Information Filed<br>PPL1/ The People Of The State Of Colorado,<br>Complaint And Informationdpd 888991<br>/sns |
| 2018-11-02 | PTIR | Pre-trial Report<br>IMP2/ Non-party,<br>Pretrial Services Bond Advisement Report |
| 2018-11-01 | BIND | Bindover To Dist Ct W/o Prelim |

## Judgments

No Judgments Information

## Bonds

| **Bond Status Date:** 2020-08-28 | **Bond Status:** Bond Released | |
|---|---|---|
| **Set Date:** | **Set Amount:** 0.00 | **Set Type:** Personal Recognizance |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** 2018-09-22 | **Post Amount:** 10000.00 | **Post Type:** Personal Recognizance |
| **Condition(s):** RELEASE TO PRE TRIAL SERVICES, ENHANCED SUPERVISION<br>DEF IS NOT ALLOWED TO POSSESS ANY WEAPONS | | |
| **Bond Status Date:** 2020-01-17 | **Bond Status:** Bond Vacated | |
| **Set Date:** 2018-12-03 | **Set Amount:** 0.00 | **Set Type:** No Bond |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |

| | | |
|---|---|---|
| **Bond Status Date:** 2020-08-28 | **Bond Status:** Bond Vacated | |
| **Set Date:** 2020-06-01 | **Set Amount:** 0.00 | **Set Type:** No Bond |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Bond Status Date:** 2021-03-25 | **Bond Status:** Bond Vacated | |
| **Set Date:** 2021-03-24 | **Set Amount:** 1500.00 | **Set Type:** Cash Only |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Bond Status Date:** 2021-03-25 | **Bond Status:** Bond Vacated | |
| **Set Date:** 2021-03-24 | **Set Amount:** 15000.00 | **Set Type:** Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Bond Status Date:** 2021-03-25 | **Bond Status:** Bond Vacated | |
| **Set Date:** 2021-03-24 | **Set Amount:** 1500.00 | **Set Type:** Cash Only |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Bond Status Date:** 2021-03-25 | **Bond Status:** Bond Vacated | |
| **Set Date:** 2021-03-24 | **Set Amount:** 15000.00 | **Set Type:** Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Bond Status Date:** 2021-03-24 | **Bond Status:** Bond Set | |
| **Set Date:** 2021-03-24 | **Set Amount:** 15000.00 | **Set Type:** Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Bond Status Date:** 2021-03-25 | **Bond Status:** Bond Set | |
| **Set Date:** 2021-03-24 | **Set Amount:** 1500.00 | **Set Type:** Cash Only/No Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |

| Financial Summary | | | | |
|---|---|---|---|---|
| **Accounts Receivable** | **Amount Owed** | **Amount Paid** | **Amount Paid From Related Case** | **Outstanding Balance** |

| | | | |
|---|---|---|---|
| Court Costs | $35.00 | $0.00 | $0.00 | $35.00 |
| Court Security Cash Fund | $5.00 | $0.00 | $0.00 | $5.00 |
| Drug Standardized Assessment | $45.00 | $0.00 | $0.00 | $45.00 |
| Genetic Testing Surcharge | $2.50 | $0.00 | $0.00 | $2.50 |
| Probation Supervision Fee | $1,200.00 | $0.00 | $0.00 | $1,200.00 |
| Public Defender Accounts Receivable Code | $25.00 | $0.00 | $0.00 | $25.00 |
| Restorative Justice Surcharge | $10.00 | $0.00 | $0.00 | $10.00 |
| Time Payment Annual Fee | $25.00 | $0.00 | $0.00 | $25.00 |
| Time Payment Fee | $25.00 | $0.00 | $0.00 | $25.00 |
| Victim Compensation Fund | $163.00 | $0.00 | $0.00 | $163.00 |
| Victim's Assistance Fund | $163.00 | $0.00 | $0.00 | $163.00 |
| Accounts Receivable Balance | $1,698.50 | $0.00 | $0.00 | $1,698.50 |