IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  21-cr-00077-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDY RICARDO ALVAREZ-GONZALEZ,

    Defendant.

## UNITED STATES' MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)

The United States, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, at sentencing, and as a condition thereof, moves the Court for an order granting Defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b). Defendant's agreement to plead guilty and

//



//



//

timely notice thereof permitted the Government to avoid preparing for trial and permitted both the Government and the Court to allocate their resources more efficiently.

DATED this 11th day of February, 2022.

                                      COLE FINEGAN
                                      United States Attorney

                                      s/ Albert Buchman
                                      ALBERT BUCHMAN
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      1801 California Street, Suite 1600
                                      Denver, Colorado 80202
                                      Telephone: (303) 454-0100
                                      Fax: (303) 454-0403
                                      E-mail: al.buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

            By:

            s/ *Albert Buchman*
            ALBERT BUCHMAN
            Assistant United States Attorney
            United States Attorney's Office
            1801 California Street, Suite 1600
            Denver, Colorado 80202
            Telephone: (303) 454-0100
            Telecopier: (303) 454-0403
            E-mail: al.buchman@usdoj.gov