**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  21-cr-00077-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDY RICARDO ALVAREZ-GONZALEZ,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS ONE AND THREE

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney, and in accordance with the plea agreement in this matter, hereby files the Government's Motion to Dismiss Counts One and Three in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

1. Defendant is scheduled for sentencing on February 24, 2022, having entered a plea of guilty to Count Two of the Indictment, Dkt. 1, pursuant to the written plea agreement, Dkt. 20. Therefore, the Government moves to dismiss the remaining counts of the Indictment, Counts One and Three.

2. The Government respectfully requests that the Court grant the present motion following the imposition of sentence and entry of judgment of conviction as to Defendant.

This request is in accordance with the negotiated terms as contained within the plea agreement.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of Counts One and Three at the time of sentencing in the above-captioned matter.

Dated this 16th day of February, 2022.

                Respectfully submitted,

                COLE FINEGAN
                United States Attorney

By:   s/ *Albert Buchman*
       Albert Buchman
       Assistant U.S. Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       (303) 454-0100
       Fax: (303) 454-0409
       Email: al.buchman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, I electronically filed the foregoing Government's Motion to Dismiss Counts One and Three with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/ *Albert Buchman*
Albert Buchman
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Fax: (303) 454-0409
Email: al.buchman@usdoj.gov